UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIPLING APPAREL CORP.,

        Plaintiff,

-against-

JOHN DOES 1-30, JACK DOES 31-60 and JANE DOES 61-100

        Defendants.

Civil Action No. 16-8360

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), whereas no Defendant has filed an answer or motion for summary judgment, Plaintiff hereby voluntarily dismisses this action, without prejudice.

**PLEASE TAKE FURTHER NOTICE** that this notice of dismissal shall have no effect on the three exisiting Permanent Injunctions and Final Judgments on Consent entered by this Court on December 19, 2016 (Go & Go Trading Inc.) and December 14, 2016 (Modou Seck and Frank Visich), which shall remain in full force and effect.

Dated:  New York, New York
        January 20, 2017

AKERMAN LLP
Ira S. Sacks
Mark S. Lafayette
Jamie B. Shyman
666 Fifth Avenue, 20th Floor
New York, New York 10103
*Attorneys for Plaintiff Kipling Apparel Corp.*

So Ordered:
January __, 2017

_____
Hon. Lorna G. Schofield